

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-25-00072-CV

———————————————

IN RE 2016 PARKVIEW CONDOMINIUM DEVELOPMENT, LLC, Relator

---

Original Proceeding
153rd District Court of Tarrant County, Texas
Trial Court No. 153-338058-22

---

Before Wallach, J.; Sudderth, C.J.; and Kerr, J.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relator's petition for writ of mandamus and motion to stay and is of the opinion that relief should be denied. Accordingly, relator's petition for writ of mandamus and motion to stay are denied.

Per Curiam

Delivered:  February 25, 2025